JUDGE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR16-331TSZ |
| Plaintiff, | ) ) | |
| v. | ) ) ) | ORDER GRANTING MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE |
| LEONARD D. CHARLES, | ) ) | |
| Defendant. | ) | |

This matter having come before the Court on the Defendant's Motion for Early Termination of Supervised Release, docket no. 23, and the Court having reviewed the motion, and the records and files herein,

THE COURT FINDS, pursuant to 18 U.S.C. § 3583(e), that early termination of Mr. Charles' supervised release is warranted by the conduct of Mr. Charles and in the interests of justice;

IT IS FURTHER ORDERED that the term of supervised release for Mr. Charles shall be terminated, effective immediately.

The Clerk of the Court is directed to send copies of this order to all counsel of record, and to the United States Probation Office.

IT IS SO ORDERED.

DONE 3rd this day of August, 2020.

Thomas S. Zilly
United States District Judge

ORDER GRANTING MOTION
FOR EARLY TERMINATION
OF SUPERVISED RELEASE
(*Leonard D. Charles*; CR16-331TSZ) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

Submitted by:

s/ *Jesse Cantor*
Assistant Federal Public Defender
Attorney for Leonard D. Charles
Office of the Federal Public Defender

ORDER GRANTING MOTION
FOR EARLY TERMINATION
OF SUPERVISED RELEASE
(*Leonard D. Charles*; CR16-331TSZ) - 2

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**